# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Mykia Brown                                                                    Cr.: 01-00061-001

Name of Sentencing Judicial Officer: Honorable William Bassler

Date of Original Sentence: 12/12/01

Original Offense: Bank Embezzlement, 18 U.S.C. 656

Original Sentence: 15 months custody, five years supervised release. Special Conditions: Financial Disclosure, No new lines of credit

Type of Supervision: Supervised Release                          Date Supervision Commenced: 04/04/03

## PETITIONING THE COURT

[ ]  To extend the term of supervision for         Years, for a total term of         Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant is to be confined to her residence for a period of 4 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.26 per day.

## CAUSE

On September 1, 2006, Brown provided documentation (a copy of a money order made out to the Clerk of Courts) indicating that she made a $1,000.00 restitution payment. Upon further investigation, she admitted she never made such a restitution payment and lied to her US Probation Officer. Rather, she spent the money order on personal items.

Respectfully submitted,

By: Thomas S. Larson
Supervising U.S. Probation Officer
Date: 01/04/07

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

January 26, 2007
_____
Date