# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

USA
    Plaintiff,

v.

MYKIA BROWN
    Defendants.

CR.01-61-01 (PGS)

O R D E R

This matter having come before the Court for a hearing on April 2, 2008, and the parties having consented,

It is on this 2ND day of April, 2008,

ORDERED granting probation office termination of supervision for Mykia Brown.

_____
Peter G. Sheridan, U.S.D.J.